Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDY ST. GERMAIN, *et al*., | CASE NO. C13-0945-RAJ |
| Plaintiffs, | **STIPULATION FOR ORDER DEFERRING JOINT STATUS REPORT PENDING JUDICIAL DETERMINATION OF STANDARD OF REVIEW; ORDER THEREON** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al, | |
| Defendants, | |

WHEREAS Plaintiffs filed their original complaint in this action on May 31, 2013; and

WHEREAS, as amended, Plaintiffs' complaint alleges, *inter alia*, that actions surrounding the Secretary of Interior's decision to conduct a Secretarial Election regarding a proposed amendment to the Constitution of the Nooksack Indian Tribe were federally unlawful; and

WHEREAS a dispute has arisen between the parties as to the appropriate standard of review which the Court should apply in determining the lawfulness of the Secretary's actions; and

WHEREAS Plaintiffs maintain that the Court has subject matter jurisdiction to review and adjudge the Secretary's actions under a *de novo* standard of review; and

WHEREAS, the Secretary maintains that the lawfulness of his actions are to be adjudged under the "arbitrary and capricious" standard of review; and

WHEREAS the correct standard of review not only has important ramifications for the

STIPULATION FOR ORDER DEFERRING JOINT STATUS REPORT PENDING JUDICIAL DETERMINATION OF STANDARD OF REVIEW; ORDER THEREON - 1
(Case No. C13-0945-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

manner in which the Court and the parties process this lawsuit to judgment, but also for the formation and drafting of a Joint Status Report because if, as the Secretary contends, this lawsuit is to be determined on the basis of an administrative record, the lawsuit would be exempt from both the initial disclosure requirement (Fed. R. Civ. Proc. 26(a)(1)(B)(i)) and the discovery plan and conference requirements; and

WHEREAS the parties are mutually desirous of having the applicable standard of review determined by the Court before proceeding further in the lawsuit;

NOW, THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

1. The order requiring the parties to file a joint status report herein is hereby stayed pending a further order of the Court;

2. Defendants shall file a motion requesting that the Court determine the applicable standard of review herein by no later than Thursday, December 19, 2013.

3. Plaintiffs shall file any opposition to the aforesaid motion by no later than Tuesday, January 21, 2014;

4. Defendants shall file any reply memorandum on the aforesaid motion by no later than Friday, January 31, 2014;

5. Defendants' aforesaid motion shall be noted for hearing on the Court's calendar for January 31, 2013.

///

///

///

///

///

STIPULATION FOR ORDER DEFERRING JOINT STATUS REPORT PENDING JUDICIAL DETERMINATION OF STANDARD OF REVIEW; ORDER THEREON - 2 (Case No. C13-0945-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  SO STIPULATED.

2          DATED this 20th day of November, 2013.

3                  JENNY A. DURKAN
                   United States Attorney
4

5                  s/ Brian C. Kipnis
                   BRIAN C. KIPNIS
6                  Assistant United States Attorney
                   Office of the United States Attorney
7                  5220 United States Courthouse
                   700 Stewart Street
8                  Seattle, Washington 98101 1271
                   Phone: (206) 553-7970
9                  Fax: (206) 553-4073
                   E-mail: brian.kipnis@usdoj.gov
10
                   Attorneys for Federal Defendants
11

12 SO STIPULATED.

13
           DATED this 20th day of November, 2013.
14

15                 GALANDA BROADMAN, PLLC

16
                   s/ Gabriel S. Galanda
17                 Gabriel S. Galanda, WSBA# 30331
                   8606 35th Ave. NE, Ste. L1
18                 P.O. Box 15146
                   Seattle, WA 98115
19                 Phone: (206) 557-7509 Fax: (206) 299-7690
                   E-mail: gabe@galandabroadman.com
20
                   Attorneys for Plaintiffs
21

22                          **ORDER**

23
IT IS SO ORDERED.
24

25         DATED this _____ day of _____, 2013.

26

27                 _____
                   RICHARD A. JONES
28                 United States District Judge

STIPULATION FOR ORDER DEFERRING JOINT STATUS REPORT PENDING
JUDICIAL DETERMINATION OF STANDARD OF REVIEW; ORDER THEREON - 3
(Case No. C13-0945-RAJ)