Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDY ST GERMAIN, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | CASE NO.  C13-0945RAJ<br><br>**UNOPPOSED MOTION AND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT**<br><br>(Note on Motion Calendar for     August 22, 2014) |

Federal defendants, by their counsel of record, hereby move, pursuant to Rule 6(b)(1)(A), F.R.Civ.P., for a 60-day extension of the time within which they have to file a protective order and for a 60-day extension of time to submit a joint status report.  This request for an extension of time is necessary because, commencing on August 25, 2014, lead counsel for federal defendants is taking a leave of absence, projected to end on September 29, 2014, in order to undergo a surgical procedure and to recover therefrom.  Federal defendants seek an extension of time until October 29, 2014 of the deadline for federal defendants to file a motion for a protective order and an extension of time until November 17, 2014 of the deadline to file a joint status report.

This motion is made and based on the accompanying memorandum of points and authorities and the declaration of Brian C. Kipnis filed herein.  Counsel for plaintiffs have informed the

///

///

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 1
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  undersigned that they do not oppose this motion

2  DATED this 22nd day of August, 2014.

3  Respectfully submitted,

4  JENNY A. DURKAN
   United States Attorney

5

6

7  s/ Brian C. Kipnis
   BRIAN C. KIPNIS
   Assistant United States Attorney
8  Office of the United States Attorney
   5220 United States Courthouse
9  700 Stewart Street
   Seattle, Washington 98101-1271
10 Phone: 206 553 7970
   E mail: brian.kipnis@usdoj.gov
11
   Attorneys for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 2
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

This is an action for judicial review of certain actions taken by the Secretary of Interior in regards to a request from the Nooksack Indian Tribe to conduct a "Secretarial Election" for the purposes of submitting a proposed amendment to the Nooksack Constitution to the membership of the Tribe for ratification.

On June 16, 2014, the Court issued an order (Dkt. # 33) which, among other things directed: (1) defendants to produce an administrative record by no later than July 11, 2014; (2) the parties to meet and confer by no later than July 25, 2014 concerning areas where the plaintiffs believed the administrative record was deficient; (3) plaintiffs to serve discovery on defendants by no later than August 8, 2014 if an agreement over disputed matters was not reached; and (4) plaintiffs to file a protective order by no later than August 29, 2014, "[i]f defendants still contend that they have no obligation to provide any discovery because this action should be tried on the administrative record." In addition, the parties were directed to submit a joint status report by no later than September 17, 2014.

Federal defendants timely filed an administrative record on July 11, 2014.  Discussions ensued thereafter in regards to questions raised by plaintiffs in regards to the administrative record. Defendants failed to resolve plaintiffs' concerns and, on August 8, 2014, plaintiffs served a set of interrogatories and requests for production on defendants' counsel.

As set forth in the declaration of Brian C. Kipnis, attached hereto, he is lead counsel for defendants in this lawsuit.  Mr. Kipnis recently learned that he must undergo a surgical procedure and must take a leave of absence as a result.  It is projected that he will return to duty on September 29, 2014.  Since learning of this counsel for defendants has been attempting to put his cases in the best possible shape before departing the office.  He has reached stipulations and obtained extensions of time in his other cases to adjust for the time that he will be away from the office.  Many obligations have deferred until October.  In addition, prior to receiving plaintiffs' discovery, counsel had been conducting research in support of a dispositive motion which will bring before the Court the question of whether plaintiffs' chief claim under 25 U.S.C. 476 is justiciable.

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 3
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1  Specifically, the motion will raise the question of subject matter jurisdiction because of a lack of
2  standing on the part of plaintiffs to assert their claim.  This motion, along with other grounds, would
3  also support a motion for a protective order.  However, counsel has been unable to complete this
4  work before his departure on leave because of the need to address ongoing obligations in other cases
5  assigned to him.

6  Accordingly, and because there will be a number of case-related demands on his time when
7  he returns, defendants are requesting an extension of time of the deadline to file a protective order
8  until October 29, 2014.  This is essentially a 60-day extension of time.  Similarly, in regards to the
9  joint status report, defendants are requesting an extension of time until November 17, 2014.  This is
10  also essentially a 60-day extension of time.

11  As set forth below, good cause is shown for the requested extensions of time.

12  Plaintiffs do not oppose this motion.

**ARGUMENT**

I.   THE COURT MAY EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO SUBMIT A JSR FOR "GOOD CAUSE"

Pursuant to Rule 6(b)(1)(A), F.R.Civ.P., "[w]hen an act may or must be done within a specified time, the Court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ."  Good cause exists to extend time as requested here.  Lead counsel for defendants has to undergo an unavoidable surgical procedure, and a period of recuperation therefrom, during the time when he would be preparing defendants' motion for a protective order and dispositive motion questioning the justiciability of plaintiffs' primary claim, and negotiating with opposing counsel in regards to the Joint Status Report.  Lead counsel for defendants is seeking to extend deadlines in a variety of cases and will face a variety of deferred demands when he returns from his leave of absence.  While the delay resulting from this extension is regrettable, it is unavoidable.

///

///

///

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 4
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the deadline to file a motion for a protective order be extended to October 30, 2014, and the date for the submission of the joint status report be extended to November 17, 2014.

DATED this 22nd day of August, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E mail: brian.kipnis@usdoj.gov

Attorneys for Federal Defendants

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 5
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

## DECLARATION OF BRIAN C. KIPNIS

I, BRIAN C. KIPNIS, do declare and say:

1. I am a duly appointed Assistant United States Attorney for the Western District of Washington. I have served in that capacity in the Western District of Washington and in the Central District of California for a total of approximately 27 years. I am the attorney who has been assigned the responsibility to serve as lead counsel for the defendants in this action.

2. I recently learned that I must undergo a surgical procedure and must take a leave of absence as a result. The surgery will take place on August 25, 2014. It is projected by my physicians that I will not be able to return to my duties until September 29, 2014.

3. I will be unable to consult with my clients during my absence and I will be unable to file a motion for a protective order by the existing deadline of August 29, 2014, nor will I be able to complete work on a dispositive motion which concerns the justiciability of plaintiffs' claim under 25 U.S.C. § 476. Accordingly, and because there will be a number of other case-related demands on my time when I return because of deferrals of my obligations in other cases assigned to me, I am requesting an extension of time of the deadline for defendants' motion for a protective order to October 29, 2014. This is an extension of approximately 60 days. For similar reasons, in regards to the joint status report, I am requesting an extension of time until November 17, 2014. This also amounts to an extension of approximately 43-days.

5. I am seeking to extend deadlines in a variety of cases and will face a variety of deferred demands when I return from my leave of absence. While the delay resulting from this extension request, if granted, is regrettable, it is also unavoidable.

I declare under penalty of perjury that the foregoing is true and correct

EXECUTED on this 22nd day of August, 2014 at Seattle, Washington.

_____
BRIAN C. KIPNIS

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 6
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Anthony S. Broadman | Anthony@galandabroadman.com |
| Gabriel S. Galanda | Gabe@galandabroadman.com |
| Ryan Dreveskracht | Ryan@galandabroadman.com |

I further certify that on this date, I mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

DATED this 22nd day of August, 2014.

*s/ Tina Litkie*
TINA LITKIE
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:   206-553-4067
E-mail:  tina.litkie@usdoj.gov

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR A PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 7
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970