Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDY ST GERMAIN, et al,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>              Defendants. | CASE NO.  C13-0945RAJ<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT**<br><br>(Proposed) |

On motion of defendants for an order extending the time within which they must file a motion for a protective order, and for an extension of the date by which the Joint Status Report must be lodged with the Court, such motion being unopposed by plaintiffs, and good cause having been shown,

IT IS HEREBY ORDERED that the motion is granted and that defendants shall have until October 29, 2014 to file their motion for a protective order and they shall have no obligation to respond to discovery requests until further order of the Court.

IT IS HEREBY FURTHER ORDERED that the time by which the joint status report must be

///

///

///

///

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 1
(Case No. C13-0945RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

1 | lodged with the Court is extended to November 17, 2014.

3 | DATED this _____ day of _____ , 2014.

_____
RICHARD A. JONES
United States District Judge

Presented by:

/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PROTECTIVE ORDER AND TO SUBMIT JOINT STATUS REPORT- 2
(Case No. C13-0945RAJ)